UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: MONTBLANC, PATRICK               § Case No. 09-74571
                                        §
                                        §
Debtor(s)                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Clerk of The U S Bankruptcy Court
  211 South Court Street
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/18/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  03/15/2011            By:  /s/BERNARD J. NATALE
                                                       Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MONTBLANC, PATRICK § Case No. 09-74571
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 18,022.91 |
| *and approved disbursements of* | $ | 2.55 |
| *leaving a balance on hand of* [1] | $ | 18,020.36 |
| **Balance on hand:** | $ | 18,020.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 18,020.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,552.29 | 0.00 | 2,552.29 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 3,906.75 | 0.00 | 3,906.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 86.10 | 0.00 | 86.10 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 6,795.14
Remaining balance: $ 11,225.22

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,225.22

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 11,225.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 334,584.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Candica LLC | 20,156.56 | 0.00 | 676.25 |
| 4 | PYOD LLC assignee of Citibank | 58,887.87 | 0.00 | 1,975.68 |
| 6 | Chase Bank USA, N.A. | 16,858.62 | 0.00 | 565.60 |
| 7 -3 | PNC Bank | 18,292.57 | 0.00 | 613.71 |
| 8 | Advanta Bank Corp. | 18,517.62 | 0.00 | 621.26 |
| 9 | CBD Franchising | 104,047.48 | 0.00 | 3,490.77 |
| 12 | Chase Bank USA, N.A. | 7,289.31 | 0.00 | 244.55 |
| 13 | Fia Card Services/Bank of America | 10,427.71 | 0.00 | 349.85 |
| 16 | Metro Hardwoods | 20,930.36 | 0.00 | 702.21 |
| 17 | BG-1 Limited Partnership | 59,175.91 | 0.00 | 1,985.34 |

**UST Form 101-7-NFR (10/1/2010)**

| | | Total to be paid for timely general unsecured claims: | $ | 11,225.22 |
| | | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

ATTORNEY HAS VOLUNTARILY TAKEN A REDUCTION IN FEES TO ALLOW FOR AN INCREASED DISTRIBUTION TO UNSECURED CREDITORS.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                          Case No. 09-74571-MB
Patrick Montblanc                                               Chapter 7
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 2              Date Rcvd: Mar 29, 2011
                              Form ID: pdf006            Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2011.
db           +Patrick Montblanc,    1100 Mink Trail,    Cary, IL 60013-6065
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,     6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Elizabeth Gayle Peterson,    Fox, Hefter, Swibel, Levin & Carroll, LL,
               200 West Madison Street, Suite 3000,     Chicago, IL 60606-3417
aty          +N Neville Reid,    Fox, Hefter, Swibel, Levin & Carroll LLP,     200 W. Madison,   Suite 3000,
               Chicago, IL 60606-3417
aty           Ryan T Schultz,    Fox, Hefter, Swibel, Levin & Carroll, LL,     300 W. Madison,   Suite 3000,
               Chicago, IL 60606
aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
14602897     +740 Fulton, LLC,    740 Fulton St.,    Chicago, IL 60661-5000
14929385    ++ADVANTA,   700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp,     c/o Becket and Lee LLP,    P O Box 3001,
               Malvern, PA 19355-0701)
15192832    ++ADVANTA,   700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp.,    POB 3001,    Malvern, PA 19355-0701)
14602855     +Ad Cart,   P.O. Box 5990,    Valencia, CA 91380-5990
14602861     +BG-1 Limited Partnership,    Rothschild,Barry & Myers LLP,    55 W Monroe St., Ste 3900,
               Chicago, IL 60603-5074
14602857     +Baer Supply,    909 Forest Edge Drive,    Vernon Hills, IL 60061-3149,    #7061
14602858     +Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019,   #5354
14602859     +Bank of America Business Credit Express,     P.O. Box 15184,   Wilmington, DE 19886-5184,    #5831
14602860     +Bank of America Visa Business Card,     P.O. Box 22031,   Greensboro, NC 27420-2031,    #0977
15048677     +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14602863     +CBD Franchising,    c/o Reeder, Lu, Green LLP,    2121 Avenue of the Stars, Ste. 950,
               Los Angeles, CA 90067-5071
14602862     +Capital One,    P.O. Box 6492,   Carol Stream, IL 60197-6492,    #3844
14602864     +Cebeyond Communications,    320 Interstate Parkway SE,    Atlanta, GA 30339-2213
14602865     +Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153,    #1306
14602866     +Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153,    #4271
15180308      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14602867     +Chicago Magazine,    14844 Collection Center Drive,    Chicago, IL 60693-0148,    #0221
14602869     +Chicago Tribune,    c/o Merchants Credit Guide,    223 W. Jackson Blvd.,   Chicago, IL 60606-6908,
               #1726
14602868     +Chicago Tribune,    14839 Collection Center Drive,    Chicago, IL 60693-0148,    #0221
14602870     +Citi Cards,    P.O. Box 688901,   Des Moines, IA 50368-8901,    #2437
14602871     +CitiBusiness Platinum Select Card,    P.O. Box 688901,    Des Moines, IA 50368-8901,    #4210
14602872      City of Evanston,    P.O. Box 3214,    Milwaukee, WI 53201-3214
14602873     +Closets by Design Franchising, Inc.,     c/o Reeder, Lu & Green,
               2121 Avenue of the Stars, Suite 950,     Los Angeles, CA 90067-5071
14602874     +Collins Supply,    6465 N. Avondale,    Chicago, IL 60631-1909
14602876     +Country Gas,    4010 Highway 14,   Crystal Lake, IL 60014-8299
14602877     +Country Insurance,    P.O. Box 2100,    Bloomington, IL 61702-2100,   #0001
14602878     +Coupon Magazine,    85 Market St., Ste. 105,    Elgin, IL 60123-5083
14602879     +Decorative Specialties,    P.O. Box 541071,    Los Angeles, CA 90054-1071,    #CLOBG2
14602880     +Enterprise Fleet Services,    Wright Express Financial Services,    P O Box 639,
               Portland, ME 04104-0639
14602881     +Ernie’s Wrecker Service,    909 S. Milwaukee Ave.,    Vernon Hills, IL 60061-3193
14602882     +First Equity Card,    P.O. Box 84075,    Columbus, GA 31908-4075,   #3308
14602883     +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
               Houston, TX 77081-1108,    #3914
14602885     +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
               Houston, TX 77081-1108,    #6411
14602884     +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
               Houston, TX 77081-1108,    #6504
14602886     +Groot,   29900 N. Highway 41,    Lake Bluff, IL 60044-1105
14602887     +Harris,   122 Main St.,    Cary, IL 60013-2780,    #7723
14602888     +Metro Hardwoods,    c/o Marso & Michelson P.A.,    3101 Irving Ave. South,
               Minneapolis, MN 55408-2516
14602889      Mr. Brandon Curry,    225 Armitage,    Chicago, IL 60647
14602891     +National City,    P.O. Box 8043,   Royal Oak, MI 48068-8043,    #3834
14602890     +National City,    1177 Lake Cook Rd.,    Buffalo Grove, IL 60089-1956,    #3989
15183059     +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
15150687     +PYOD LLC its successors and assigns as assignee of,     Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14602892     +Quintessential Barrington,    c/o Credit Decisions International Ltd.,    95 Randall Street,
               Elk Grove Village, IL 60007-1013
14602893     +R.H. Donnelley,    c/o LiquiDebt Systems,    29W170 Butterfield Rd., Ste. 102,
               Warrenville, IL 60555-2808,    #6772
15440915     +ROCHELLE PAL,    1124 Burr Street,    Lake in the Hills, Illinois 60156-1123
14602894     +Robert MontBlanc,    13991 Inglenook Lane,    Carmel, IN 46032-7088
```

```
District/off: 0752-3           User: cshabez              Page 2 of 2              Date Rcvd: Mar 29, 2011
                               Form ID: pdf006            Total Noticed: 67

14602895    +Sam's Club Discover,    P.O. Box 960016,   Orlando, FL 32896-0016,    #6970
14602896    +Save On Everything,    1000 W. Maple Road, Ste. 200,    Troy, MI 48084-5368,    #9700
14602898    +Stiles Machinery,    396544th SE,   Grand Rapids, MI 49512-3982,    #108226
14602899    +Total Tooling,    1475 Elmhurst Rd.,    Elk Grove Village, IL 60007-6400
14602900    +Traditional Millwork and Supply, Inc.,     155 Wicks Street,   Grayslake, IL 60030-2436
14602901    +Travelocity Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337,    #0891
14602902    +Val Pak,   12 Salt Creek Lane, Ste. 325,    Hinsdale, IL 60521-3783
14602903    +Wright Express,    c/o Fleet Services,   P.O. Box 6293,    Carol Stream, IL 60197-6293,    #7193
14990759    +Yellow Book Sales & Distribution, Inc.,     c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
              Timonium, MD 21094-5126
14602904    +Yellow Book USA,    398 RexCorp Plaza,   Uniondale, NY 11556-3826
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14602856     E-mail/Text: bkr@cardworks.com Mar 29 2011 23:23:16      Advanta Bank Corp,   P.O. Box 8088,
              Philadelphia, PA 19101,   #5278
14602875    +E-mail/Text: legalcollections@comed.com Mar 29 2011 23:22:32       Com Ed,   P.O. Box 6111,
              Carol Stream, IL 60197-6111
15404455     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2011 00:29:14
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK   73124-8809
14702000     E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2011 00:19:35      GE Money Bank,
              c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
              Miami FL 33131-1605
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,    Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2011**                       **Signature:**    *Joseph Speetjens*