# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 09-74571  
**Debtor Name:** MONTBLANC, PATRICK  
Page: 1  
**Date:** April 19, 2011  
**Time:** 09:17:06 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
|  | Funds on Hand |  |  |  |  |  | $18,020.59 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 86.10 | 0.00 | 86.10 | 86.10 | 17,934.49 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 3,906.75 | 0.00 | 3,906.75 | 3,906.75 | 14,027.74 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 2,552.29 | 0.00 | 2,552.29 | 2,552.29 | 11,475.45 |
| ADVFEE | CLERK OF THE BANKRUPTCY COURT | Admin Ch. 7 | 250.00 | 0.00 | 250.00 | 250.00 | 11,225.45 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 6,795.14 | 0.00 | 6,795.14 | 6,795.14 |  |
| 14 | Rochelle Pal | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 11,225.45 |
| 15 | Rochelle Pal | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 11,225.45 |
|  | SUBTOTAL FOR | PRIORITY | 0.00 | 0.00 | 0.00 | 0.00 |  |
| 1 | Yellow Book Sales & Distribution, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 11,225.45 |
| 2 | Candica LLC | Unsecured | 20,156.56 | 0.00 | 20,156.56 | 676.27 | 10,549.18 |
| 3 | Save On Everything | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 10,549.18 |
| 4 | PYOD LLC assignee of Citibank | Unsecured | 58,887.87 | 0.00 | 58,887.87 | 1,975.73 | 8,573.45 |
| 5 | Stiles Machinery | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 8,573.45 |
| 6 | Chase Bank USA, N.A. | Unsecured | 16,858.62 | 0.00 | 16,858.62 | 565.61 | 8,007.84 |
| 7 -3 | PNC Bank | Unsecured | 18,292.57 | 0.00 | 18,292.57 | 613.72 | 7,394.12 |
| 8 | Advanta Bank Corp. | Unsecured | 18,517.62 | 0.00 | 18,517.62 | 621.27 | 6,772.85 |
| 9 | CBD Franchising | Unsecured | 104,047.48 | 0.00 | 104,047.48 | 3,490.84 | 3,282.01 |
| 10 | Enterprise Fleet Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 3,282.01 |
| 11 | City of Evanston | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 3,282.01 |
| 12 | Chase Bank USA, N.A. | Unsecured | 7,289.31 | 0.00 | 7,289.31 | 244.56 | 3,037.45 |
| 13 | Fia Card Services/Bank of America | Unsecured | 10,427.71 | 0.00 | 10,427.71 | 349.85 | 2,687.60 |
| 16 | Metro Hardwoods | Unsecured | 20,930.36 | 0.00 | 20,930.36 | 702.22 | 1,985.38 |
| 17 | BG-1 Limited Partnership | Unsecured | 59,175.91 | 0.00 | 59,175.91 | 1,985.38 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 334,584.01 | 0.00 | 334,584.01 | 11,225.45 |  |
| **<< Totals >>** |  |  | 341,379.15 | 0.00 | 341,379.15 | 18,020.59 |  |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**         100.000000%  
**Priority**                   0.000000%  
**Unsecured**                  3.355047%