**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MONTBLANC, PATRICK | § Case No. 09-74571 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $828,655.93            Assets Exempt:   $331,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,225.45       Claims Discharged
                                                  Without Payment:  $632,784.56

Total Expenses of Administration: $6,797.69

---

3) Total gross receipts of $    18,023.14    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $18,023.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,297.69 | 6,797.69 | 6,797.69 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,875.04 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 674,607.00 | 397,044.71 | 334,584.01 | 11,225.45 |
| **TOTAL DISBURSEMENTS** | $674,607.00 | $411,217.44 | $341,381.70 | $18,023.14 |

    4) This case was originally filed under Chapter 7 on October 19, 2009. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/17/2011      By: /s/BERNARD J. NATALE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Harris Bank Acct #7723 | 1229-000 | 3,232.81 |
| ACCOUNTS RECEIVABLE | 1221-000 | 9,787.39 |
| Furniture & Other Household Items | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 2.94 |
| **TOTAL GROSS RECEIPTS** | | **$18,023.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 86.10 | 86.10 | 86.10 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 4,406.75 | 3,906.75 | 3,906.75 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | | | | | |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 2,552.29 | 2,552.29 | 2,552.29 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 2.55 | 2.55 | 2.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,297.69 | 6,797.69 | 6,797.69 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Rochelle Pal | 5800-000 | N/A | 3,437.52 | 0.00 | 0.00 |
| 15 | Rochelle Pal | 5800-000 | N/A | 3,437.52 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 6,875.04 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Yellow Book Sales & Distribution, Inc. | 7100-000 | 28,500.00 | 38,126.00 | 0.00 | 0.00 |
| 2 | Candica LLC | 7100-000 | 20,998.00 | 20,156.56 | 20,156.56 | 676.27 |
| 3 | Save On Everything | 7100-000 | N/A | 5,280.00 | 0.00 | 0.00 |
| 4 | PYOD LLC assignee of Citibank | 7100-000 | 55,852.00 | 58,887.87 | 58,887.87 | 1,975.73 |
| 5 | Stiles Machinery | 7100-000 | 4,777.00 | 4,417.51 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 16,859.00 | 16,858.62 | 16,858.62 | 565.61 |
| 7 -3 | PNC Bank | 7100-000 | N/A | 30,954.27 | 18,292.57 | 613.72 |
| 8 | Advanta Bank Corp. | 7100-000 | 35,896.00 | 18,517.62 | 18,517.62 | 621.27 |
| 9 | CBD Franchising | 7100-000 | 85,000.00 | 104,047.48 | 104,047.48 | 3,490.84 |
| 10 | Enterprise Fleet Services | 7100-000 | 19,600.00 | 1,925.49 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | City of Evanston | 7100-000 | 50.00 | 50.00 | 0.00 | 0.00 |
| 12 | Chase Bank USA, N.A. | 7100-000 | 7,089.00 | 7,289.31 | 7,289.31 | 244.56 |
| 13 | Fia Card Services/Bank of America | 7100-000 | 10,384.00 | 10,427.71 | 10,427.71 | 349.85 |
| 16 | Metro Hardwoods | 7100-000 | 21,000.00 | 20,930.36 | 20,930.36 | 702.22 |
| 17 | BG-1 Limited Partnership | 7100-000 | 59,176.00 | 59,175.91 | 59,175.91 | 1,985.38 |
| NOTFILED | GC Services Limited Partnership Collection | 7100-000 | 638.00 | N/A | N/A | 0.00 |
| NOTFILED | GC Services Limited Partnership Collection | 7100-000 | 426.00 | N/A | N/A | 0.00 |
| NOTFILED | GC Services Limited Partnership Collection | 7100-000 | 991.00 | N/A | N/A | 0.00 |
| NOTFILED | Ernie's Wrecker Service Inc. | 7100-000 | 4,980.00 | N/A | N/A | 0.00 |
| NOTFILED | Wright Express c/o Fleet Services | 7100-000 | 1,851.00 | N/A | N/A | 0.00 |
| NOTFILED | Decorative Specialities | 7100-000 | 2,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Country Gas | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed | 7100-000 | 721.00 | N/A | N/A | 0.00 |
| NOTFILED | Country Insurance | 7100-000 | 15,028.00 | N/A | N/A | 0.00 |
| NOTFILED | Val Pak | 7100-000 | 8,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Coupon Magazine | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Traditional Millwork and Supply, Inc. | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Travelocity Card Services | 7100-000 | 19,660.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Montblanc | 7100-000 | 23,762.00 | N/A | N/A | 0.00 |
| NOTFILED | R.H. donnelley | 7100-000 | 64,409.00 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club Discover | 7100-000 | 4,980.00 | N/A | N/A | 0.00 |
| NOTFILED | Quintessential Barrington c/o Credit Decisions Int | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Save On Everthing | 7100-000 | 3,840.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 4,056.00 | N/A | N/A | 0.00 |
| NOTFILED | Mr. Brandon Curry | 7100-000 | 9,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Groot | 7100-000 | 791.00 | N/A | N/A | 0.00 |
| NOTFILED | Collins Supply | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | 740 Fulton LLC | 7100-000 | 10,875.00 | N/A | N/A | 0.00 |
| NOTFILED | Total Tooling | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | First Equity Card | 7100-000 | 11,289.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Magazine | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiBusiness Platinum Select Card | 7100-000 | 5,490.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 10,257.00 | N/A | N/A | 0.00 |
| NOTFILED | Cebeyind Communications | 7100-000 | 1,113.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Bacr Supply | 7100-000 | 2,719.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| NOTFILED | Bank of America Business Credit Express | 7100-000 | 44,241.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Tribune | 7100-000 | 36,518.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Visa Business Card | 7100-000 | 2,719.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 674,607.00 | 397,044.71 | 334,584.01 | 11,225.45 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-74571 | Trustee: | (330370) BERNARD J. NATALE |
| --- | --- | --- | --- |
| Case Name: | MONTBLANC, PATRICK | Filed (f) or Converted (c): | 10/19/09 (f) |
| | | §341(a) Meeting Date: | 11/24/09 |
| Period Ending: 08/17/11 | | Claims Bar Date: | 05/14/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Harris Bank Acct #7723 (u) | 3,232.81 | 3,233.00 | | 3,232.81 | FA |
| 2 | ACCOUNTS RECEIVABLE (u) | Unknown | 0.00 | | 9,787.39 | FA |
| 3 | Savings Account | 55.93 | 55.93 | DA | 0.00 | FA |
| 4 | 1100 Mink Trail, Cary IL | 492,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Jewelry | 4,600.00 | 0.00 | DA | 0.00 | FA |
| 6 | 401K (wife) | 310,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 401K (husband) | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1,688 Share of White Mountain Holdings,Inc | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2004 Acura MDX | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Furniture & Other Household Items | Unknown | 5,500.00 | | 5,000.00 | FA |
| 11 | Safety Deposit Box/Harris Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2001 Acura TL (u) | 7,000.00 | 1,500.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.94 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$831,888.74** | **$10,288.93** | | **$18,023.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL RREPORT FILED

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011     **Current Projected Date Of Final Report (TFR):**   March 15, 2011  (Actual)

Printed: 08/17/2011 10:40 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-74571  
**Case Name:** MONTBLANC, PATRICK  
**Taxpayer ID #:** **-***1555  
**Period Ending:** 08/17/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****29-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/10 | {1} | Patrick Montblanc | Turnover of Undisclosed Funds | 1229-000 | 3,232.81 | | 3,232.81 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 3,232.88 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,233.02 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 3,233.04 |
| 04/06/10 | | Wire out to BNYM account 9200******2965 | Wire out to BNYM account 9200******2965 | 9999-000 | -3,233.04 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -3,233.04 | 0.00 | |
| | | | **Subtotal** | | 3,233.04 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,233.04** | **$0.00** | |

{} Asset reference(s)

Printed: 08/17/2011 10:40 AM    V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-74571 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | MONTBLANC, PATRICK | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******29-65 - Money Market Account |
| **Taxpayer ID #:** | **-***1555 | | **Blanket Bond:** | $606,000.00 (per case limit) |
| **Period Ending:** | 08/17/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2965 | Wire in from JPMorgan Chase Bank, N.A. account ********2965 | 9999-000 | 3,233.04 | | 3,233.04 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 3,233.17 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 3,233.36 |
| 06/03/10 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-74571, BOND #016018067 | 2300-000 | | 2.55 | 3,230.81 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 3,231.00 |
| 07/20/10 | {2} | Brandon Curry | Pymt of Note Payable Re: B Curry | 1221-000 | 9,787.39 | | 13,018.39 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 13,018.79 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.76 | | 13,019.55 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,019.65 |
| 10/01/10 | {10} | Patrick E Montblanc | Compromise on Non-exempt Household Goods & Furnishings and Jewelry. | 1129-000 | 5,000.00 | | 18,019.65 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 18,019.79 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 18,019.93 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,020.08 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,020.23 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 18,020.36 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,020.51 |
| 04/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 18,020.59 |
| 04/19/11 | | To Account #9200******2966 | Transfer for Final Distribution | 9999-000 | | 18,020.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,023.14 | 18,023.14 | $0.00 |
| | | | Less: Bank Transfers | | 3,233.04 | 18,020.59 | |
| | | | **Subtotal** | | 14,790.10 | 2.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,790.10** | **$2.55** | |

{} Asset reference(s)            Printed: 08/17/2011 10:40 AM    V.12.57

Case 09-74571    Doc 74    Filed 09/01/11    Entered 09/01/11 09:59:29    Desc Main
Document      Page 10 of 11

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-74571  
**Case Name:** MONTBLANC, PATRICK  
**Taxpayer ID #:** **-***1555  
**Period Ending:** 08/17/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/11 | | From Account #9200******2965 | Transfer for Final Distribution | 9999-000 | 18,020.59 | | 18,020.59 |
| 04/20/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,552.29, Trustee Compensation; Reference: | 2100-000 | | 2,552.29 | 15,468.30 |
| 04/20/11 | 102 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: 10-96082 | 2700-000 | | 250.00 | 15,218.30 |
| 04/20/11 | 103 | Candica LLC | Distribution paid 3.35% on $20,156.56; Claim# 2; Filed: $20,156.56; Reference: 0891 | 7100-000 | | 676.27 | 14,542.03 |
| 04/20/11 | 104 | PYOD LLC assignee of Citibank | Distribution paid 3.35% on $58,887.87; Claim# 4; Filed: $58,887.87; Reference: 2437 | 7100-000 | | 1,975.73 | 12,566.30 |
| 04/20/11 | 105 | PNC Bank | Distribution paid 3.35% on $18,292.57; Claim# 7 -3; Filed: $30,954.27; Reference: 2237/NOTE OF HOMAG SAW | 7100-000 | | 613.72 | 11,952.58 |
| 04/20/11 | 106 | Advanta Bank Corp. | Distribution paid 3.35% on $18,517.62; Claim# 8; Filed: $18,517.62; Reference: 5278 | 7100-000 | | 621.27 | 11,331.31 |
| 04/20/11 | 107 | CBD Franchising | Distribution paid 3.35% on $104,047.48; Claim# 9; Filed: $104,047.48; Reference: CLOSETS BY DESIGN | 7100-000 | | 3,490.84 | 7,840.47 |
| 04/20/11 | 108 | Fia Card Services/Bank of America | Distribution paid 3.35% on $10,427.71; Claim# 13; Filed: $10,427.71; Reference: 2624/5354 | 7100-000 | | 349.85 | 7,490.62 |
| 04/20/11 | 109 | Metro Hardwoods | Distribution paid 3.35% on $20,930.36; Claim# 16; Filed: $20,930.36; Reference: JUDGMENT | 7100-000 | | 702.22 | 6,788.40 |
| 04/20/11 | 110 | BG-1 Limited Partnership | Distribution paid 3.35% on $59,175.91; Claim# 17; Filed: $59,175.91; Reference: REAL ESTATE LEASE | 7100-000 | | 1,985.38 | 4,803.02 |
| 04/20/11 | 111 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,992.85 | 810.17 |
| | | | Dividend paid 100.00%  3,906.75 on $3,906.75; Claim# ATTY; Filed: $4,406.75 | 3110-000 | | | 810.17 |
| | | | Dividend paid 100.00%  86.10 on $86.10; Claim# EXP; Filed: $86.10 | 3120-000 | | | 810.17 |
| 04/20/11 | 112 | Chase Bank USA, N.A. | Combined Check for Claims#6,12 | | | 810.17 | 0.00 |
| | | | Dividend paid 3.35% on  565.61 $16,858.62; Claim# 6; Filed: $16,858.62; Reference: 4271 | 7100-000 | | | 0.00 |
| | | | Dividend paid 3.35% on  244.56 $7,289.31; Claim# 12; | 7100-000 | | | 0.00 |

Subtotals : $18,020.59    $18,020.59

{} Asset reference(s)  
Printed: 08/17/2011 10:40 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-74571  
**Case Name:** MONTBLANC, PATRICK  

**Taxpayer ID #:** **-***1555  
**Period Ending:** 08/17/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $7,289.31;<br>Reference: 1306 | | | | |
| | | | ACCOUNT TOTALS | | 18,020.59 | 18,020.59 | $0.00 |
| | | | Less: Bank Transfers | | 18,020.59 | 0.00 | |
| | | | Subtotal | | 0.00 | 18,020.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $18,020.59 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****29-65 | 3,233.04 | 0.00 | 0.00 |
| MMA # 9200-******29-65 | 14,790.10 | 2.55 | 0.00 |
| Checking # 9200-******29-66 | 0.00 | 18,020.59 | 0.00 |
| | $18,023.14 | $18,023.14 | $0.00 |

{} Asset reference(s)

Printed: 08/17/2011 10:40 AM   V.12.57